UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEAN-MARC BOUJU,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 2:17-cv-01478-RSM<br><br>**STIPULATED MOTION AND ORDER RE EXTENSION OF DISCOVERY DEADLINES** |

Plaintiff Jean-Marc Bouju, by and through his attorney, and Defendant The Prudential Insurance Company of America ("Prudential"), by and through its attorneys, file this Stipulation and respectfully request that this Court issue an Order extending the upcoming discovery deadlines by ten (10) business days, specifically until March 30, 2018 for filing of motions related to discovery and April 30, 2018 for the deadline to complete discovery. In support of this Stipulation, the parties state:

1. Plaintiff filed his Complaint on September 29, 2017 and served Prudential on October 5, 2017.

2. Prudential filed an Answer to the Complaint on November 2, 2017.

3. On November 16, 2017, the Court entered a Scheduling Order, requiring, in relevant part, that motions related to discovery be filed by March 16, 2018 and that the parties complete discovery by April 16, 2018.

4. On February 23, 2018, Plaintiff served Interrogatories and Requests for

STIPULATED MOTION AND ORDER RE EXTENSION OF
DISCOVERY DEADLINES
(Case No. 2:17-cv-01478-RSM) - 1

119219.0027/7242918.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Production of Documents on Prudential. Plaintiff has agreed to extend the deadline for Prudential's responses by 10 business days, or April 6, 2018.

5. The Parties are actively engaged in the discovery process (including addressing the appropriate scope of discovery) but are also discussing possible resolution of the case. This extension will allow the parties to dedicate resources to exploring the resolution of the case, rather than continuing to pursue potentially unnecessary litigation.

5. On March 13, 2018, Counsel for Prudential conferred with Counsel for Plaintiff regarding this extension and the Parties agree that a ten (10) business day extension to file motions related to discovery and to extend the deadline for completion of discovery would assist in facilitating productive settlement negotiations.

5. This motion is filed before the discovery and dispositive motions deadlines and is sought in good faith and not for the purpose of unwarranted delay. No party will be prejudiced by the requested extension of time and this extension will not affect any other deadlines in the case.

6. The Parties have not previously requested an extension of time in this matter.

THEREFORE, the parties respectfully request that the Court issue an order extending the deadline to file motions related to discovery to March 30, 2018, and the discovery completion deadline to April 30, 2018.

DATED: March 13, 2018

THE WOOD LAW FIRM

By *s/ John Walker Wood*
   (via e-mail authorization)
   John Walker Wood
   The Wood Law Firm, PLLC
   800 5th Avenue, Suite 4100
   Seattle, WA 98104
   (206) 650-0765
   john@woodfirm.com

*Attorneys for Plaintiff*

DATED: March 13, 2018

LANE POWELL PC

By *s/David W. Howenstine*
   D. Michael Reilly
   reillym@lanepowell.com
   David W. Howenstine
   howenstined@lanepowell.com
   LANE POWELL P.C.
   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA 98111-9402
   Telephone: (206) 223-7000
   Facsimile: (206) 203-7107

STIPULATED MOTION AND ORDER RE EXTENSION OF
DISCOVERY DEADLINES
(Case No. 2:17-cv-01478-RSM) - 2

119219.0027/7242918.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | By  *s/ Shelley R. Hebert* |
| 2 | Ian H. Morrison (admitted PHV) |
|   | imorrison@seyfarth.com |
| 3 | Shelley R. Hebert (admitted PHV) |
|   | shebert@seyfarth.com |
| 4 | Seyfarth Shaw LLP |
|   | 233 South Wacker Drive, Suite 8000 |
| 5 | Chicago, IL 60606 |
|   | Telephone: (312) 460-5000 |
| 6 | Facsimile: (312) 460-7000 |

*Attorneys for Defendant The Prudential Life Insurance Company of America*

STIPULATED MOTION AND ORDER RE EXTENSION OF DISCOVERY DEADLINES
(Case No. 2:17-cv-01478-RSM) - 3

119219.0027/7242918.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

# **ORDER**

Having considered the Parties' Joint Stipulated Motion Requesting an Extension of Discovery Deadlines and being sufficiently advised, the Court hereby ORDERS as follows:

IT IS ORDERED that the MOTION be granted and that the deadline to file motions related to discovery is extended to March 30, 2018 and the discovery deadline is extended to April 30, 2018.

DATED this 14th day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE EXTENSION OF DISCOVERY DEADLINES
(Case No. 2:17-cv-01478-RSM) - 4
119219.0027/7242918.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107