UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEAN-MARC BOUJU,<br><br>               Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>               Defendant. | Case No. 2:17-cv-01478-RSM<br><br>**STIPULATION AND ORDER REGARDING STANDARD OF REVIEW** |

    Plaintiff Jean-Marc Bouju ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") (collectively referred to as "the parties"), by and through their respective attorneys, hereby stipulate as follows:

    1.    Plaintiff brings this lawsuit seeking long-term disability ("LTD") benefits pursuant to Section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA").

    2.    For purposes of this case only, the Court's review of Prudential's decisions to terminate Plaintiff's claim for LTD benefits and to uphold that termination decision on appeal shall be de novo.

    3.    The parties' agreement that the Court's review in this case is de novo is based on facts and circumstances unique to this case and the parties' agreement to proceed with de novo review shall have no effect on any other case, nor on Prudential's right to argue that a different standard of review applies in any other case.

STIPULATION AND ORDER REGARDING STANDARD OF REVIEW
(Case No. 2:17-cv-01478-RSM) - 1

119219.0027/7283451.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

4. The parties have jointly agreed to file this stipulation to avoid litigation of this issue before the Court.

5. Under the de novo standard of review, the parties agree that no discovery shall be conducted in this matter.

6. Prudential represents that it did not conduct, or attempt to conduct, surveillance of Plaintiff as part of his claim for LTD benefits.

7. Prudential further represents that the plan documents that apply to Plaintiff's claim for LTD benefits in this matter have been produced to Plaintiff's counsel and include The Associated Press Health & Welfare Plan (PRU 077212-001808-000001 through 000057(c)); disability benefit summary (PRU 077212-001808-000058); the booklet-certificate for the Long Term Disability Coverage for All Employees of The Associated Press who are covered by a collective bargaining agreement between the Employer and News Media Guild plan (PRU 077212-001808-000059 through 000100); the Associated Press Group Contract (Group Contract No. G-41539-NY) (PRU 077212-001808-000101 through 000111); and the amendment to the Group Contract (PRU 077212-001808-002529 through 002532).

DATED: April 30, 2018

THE WOOD LAW FIRM

By *s/ John Walker Wood*
 (via e-mail authorization)
 John Walker Wood
 800 5th Avenue, Suite 4100
 Seattle, WA 98104
 (206) 650-0765
 john@woodfirm.com

*Attorneys for Plaintiff*

DATED: April 30, 2018

LANE POWELL PC

By *s/David W. Howenstine*
 D. Michael Reilly
 reillym@lanepowell.com
 David W. Howenstine
 howenstined@lanepowell.com
 1420 Fifth Avenue, Suite 4200
 Seattle, WA 98111-9402
 Telephone: (206) 223-7000

SEYFARTH SHAW LLP

By *s/Shelley R. Hebert*
 Ian H. Morrison (admitted PHV)
 imorrison@seyfarth.com
 Shelley R. Hebert (admitted PHV)
 shebert@seyfarth.com

STIPULATION AND ORDER REGARDING STANDARD OF REVIEW
(Case No. 2:17-cv-01478-RSM) - 2

119219.0027/7283451.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000

*Attorneys for Defendant The Prudential Life Insurance Company of America*

## **ORDER**

IT IS SO ORDERED. The parties' stipulation is APPROVED.

DATED this 1 day of May 2018.

                                    /s/ Ricardo S. Martinez
                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING STANDARD OF REVIEW
(Case No. 2:17-cv-01478-RSM) - 3

119219.0027/7283451.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107