UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEAN-MARC BOUJU,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No.: C17-01478 RSM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** |

　　　Based on the parties' joint motion to extend deadline to file dispositive motions, it is hereby ORDERED that the joint motion is granted and that the parties shall file their dispositive motions by May 23, 2018.

　　　Dated this 3rd day of May 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE