UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEAN-MARC BOUJU,<br><br>                  Plaintiff,<br><br>   v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                  Defendant. | Case No. 2:17-cv-01478-RSM<br><br>**JOINT MOTION AND ORDER TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS** |

Plaintiff Jean-Marc Bouju ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") (collectively referred to as "the parties"), by and through their respective attorneys, hereby move to extend the deadline for filing dispositive motions from May 23, 2018 to June 20, 2018. In support of their joint motion, the parties state as follows:

1. Plaintiff filed this lawsuit seeking long-term disability ("LTD") benefits pursuant to Section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA").

2. In its November 16, 2017 scheduling order (ECF No. 12), the Court set the deadline for filing dispositive motions for May 15, 2018.

JOINT MOTION TO EXTEND DEADLINE FOR FILING
DISPOSITIVE MOTIONS (Case No.: 2:17-CV-01478-
RSM) - 1

119219.0027/7296093.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

3. On May 2, 2018, the parties filed a joint motion to extend the deadline for filing dispositive motions for May 23, 2018 because Plaintiff's counsel would be out of state on the original May 15, 2018 deadline set by the Court. (*See* ECF No. 17.)

4. On May 3, 2018, the Court granted the parties' motion and set the new deadline for filing dispositive motions for May 23, 2018. (*See* ECF No. 18.)

5. The parties have recently discussed mediating this matter, and have scheduled a mediation for June 6, 2018 with mediator John Cooper in Seattle, Washington.

6. In order to avoid any potentially unnecessary expenses associated with briefing dispositive motions, the parties respectfully request moving the dispositive motion briefing deadline from May 23, 2018 to June 20, 2018.

7. On May 10, 2018, the parties conferred, scheduled mediation for June 6, 2018 with John Cooper, and agreed to file this joint motion to extend the dispositive motion deadlines.

8. No other deadlines will be affected by this motion.

9. This is the parties' second request for an extension related to filing dipositive motions.

10. This motion is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, the parties jointly and respectfully request that the Court issue an order extending the dispositive motion deadline from May 23, 2018 to June 20, 2018. A proposed order related to the relief sought in this motion is filed herewith.

JOINT MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS (Case No.: 2:17-CV-01478-RSM) - 2

119219.0027/7296093.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| DATED: May 10, 2018 | DATED: May 10, 2018 |
| THE WOOD LAW FIRM | LANE POWELL PC |
| By *s/ John Walker Wood*<br>(via e-mail authorization)<br>John Walker Wood<br>800 5th Avenue, Suite 4100<br>Seattle, WA 98104<br>(206) 650-0765<br>john@woodfirm.com<br><br>*Attorneys for Plaintiff* | By *s/ David W. Howenstine*<br>D. Michael Reilly<br>reillym@lanepowell.com<br>David W. Howenstine<br>howenstined@lanepowell.com<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 98111-9402<br>Telephone: (206) 223-7000<br>Facsimile: (206) 203-7107<br><br>SEYFARTH SHAW LLP<br><br>By *s/ Shelley R. Hebert*<br>Ian H. Morrison (admitted PHV)<br>imorrison@seyfarth.com<br>Shelley R. Hebert (admitted PHV)<br>shebert@seyfarth.com<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>*Attorneys for Defendant The Prudential Life Insurance Company of America* |

JOINT MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS (Case No.: 2:17-CV-01478-RSM) - 3

119219.0027/7296093.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## ORDER

Considering the Parties' Joint Motion to Extend the Deadline for Filing Dispositive Motions, and the Court being sufficiently advised:

IT IS ORDERED that the motion be granted and that the deadline to file dispositive motions is extended to June 20, 2018.

DATED this 11th day of May 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS (Case No.: 2:17-CV-01478-RSM) - 4

119219.0027/7296093.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States and State of Washington, that on the 10th day of May, 2018, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

John Walker Wood
The Wood Law Firm, PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104-3100
(206) 470-1150
john@woodfirm.com

Executed on the 10th day of May, 2018, at Seattle, Washington.

*s/ Lou Rosenkranz*
Lou Rosenkranz, Legal Assistant

JOINT MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS (Case No.: 2:17-CV-01478-RSM) - 5

119219.0027/7296093.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107