UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEAN-MARC BOUJU,<br><br>         Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>         Defendant. | Case No. 2:17-cv-01478-RSM<br><br>**JOINT MOTION OF SETTLEMENT AND MOTION FOR STAY** |

Plaintiff Jean-Marc Bouju and Defendant The Prudential Insurance Company of America (collectively the "Parties"), submit the following joint notice of settlement and request to stay all pending case deadlines. On June 6, 2018, the Parties reached a settlement in principle in this matter subject to reaching agreement on the terms of the settlement agreement. The Parties anticipate that they will be able to file a final notice of settlement and joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the Parties respectfully request that the Court stay the remaining deadlines in this matter, including, but not limited to, the upcoming June 20, 2018 deadline to file dispositive motions.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle subject to reaching agreement on the terms of the settlement agreement, and request that the Court enter an order staying the deadlines in the case, including, but not limited to the upcoming June 20, 2018 deadline to file dispositive motions.

JOINT NOTICE OF SETTLEMENT AND MOTION FOR STAY (Case No. 2:17-CV-01478-RSM) - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

119219.0027/7296093.1

DATED: June 13, 2018

THE WOOD LAW FIRM

By  *s/ John Walker Wood*
   (via e-mail authorization)
   John Walker Wood
   800 5th Avenue, Suite 4100
   Seattle, WA 98104
   (206) 650-0765
   john@woodfirm.com

*Attorneys for Plaintiff*

DATED: June 13, 2018

LANE POWELL PC

By  *s/ David W. Howenstine*
   D. Michael Reilly
   reillym@lanepowell.com
   David W. Howenstine
   howenstined@lanepowell.com
   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA 98111-9402
   Telephone: (206) 223-7000
   Facsimile: (206) 203-7107

SEYFARTH SHAW LLP

By  *s/ Shelley R. Hebert*
   Ian H. Morrison (admitted PHV)
   imorrison@seyfarth.com
   Shelley R. Hebert (admitted PHV)
   shebert@seyfarth.com
   233 South Wacker Drive, Suite 8000
   Chicago, IL 60606
   Telephone: (312) 460-5000
   Facsimile: (312) 460-7000

*Attorneys for Defendant The Prudential Life Insurance Company of America*

JOINT NOTICE OF SETTLEMENT AND MOTION FOR STAY (Case No. 2:17-CV-01478-RSM) - 2

119219.0027/7296093.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## **ORDER**

Having considering the Parties' Joint Notice of Settlement and Motion to Stay All Deadlines and being sufficiently advised, the Court hereby ORDERS as follows:

IT IS ORDERED that the motion is GRANTED and that all remaining deadlines in this case are STAYED pending further order of this Court.

DATED this 14th day of June 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT NOTICE OF SETTLEMENT AND MOTION FOR STAY (Case No. 2:17-CV-01478-RSM) - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

119219.0027/7296093.1