THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEAN-MARC BOUJU,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No.: 2:17-cv-01478-RSM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## **ORDER OF DISMISSAL WITH PREJUDICE**

The Court finds that the parties stipulate that this action should be dismissed with prejudice and that no attorneys' fees or costs should be awarded to either party.

NOW THEREFORE,

IT IS **ORDERED** that this action is dismissed with prejudice, with no attorneys' fees or costs awarded to either party.

Dated this the 17 day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE